**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**SHRONDA CARTER, as next of kin to DONTAVIOUS CARTER,**

**Plaintiff,**

**v.**

**Commissioner TYRONE OLIVER, et al.,**

**Defendants.**

**CIVIL ACTION NO. 5:26-cv-123 (MTT)**

**ORDER**

Defendants move to dismiss Plaintiff's first amended complaint. ECF 9. In addition to filing a response in opposition, Plaintiff moves for leave to file a second amended complaint narrowing the issues in the case. ECF 12; 13. For example, the proposed second amended complaint removes Plaintiff's state law claims and a deliberate indifference to medical needs claim asserted against John Doe Defendants. *See* ECF 4 at 9–11; 12-1. Defendants oppose amendment, arguing the proposed second amended complaint would be subject to dismissal and that the Court should deny leave to amend as futile. ECF 16. But given that the second amended complaint narrows the issues in the case, including issues raised by Defendants in their motion to dismiss, the Court cannot say that amendment is futile.

Accordingly, Plaintiff's motion for leave to file a second amended complaint (ECF 12) is **GRANTED**. Plaintiff may file the second amended complaint separately on the docket no later than **November 17, 2026**. The second amended complaint will take the place of the first amended complaint. *See Hoefling v. City of Miami*, 811 F.3d 1271,

1277 (11th Cir. 2016) (holding that the filing of an amended pleading renders the previous pleading a “legal nullity”). Thus, Defendants’ motion to dismiss (ECF 9) is **DENIED as moot**.

**SO ORDERED**, this 3rd day of November, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT